# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES TALBERT,** | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| **JOSEPH TERRA,** | : | |
| Respondent. | : | NO. 25-3228 |

## ORDER

**NOW**, this **16th day** of **October 2025**, upon review of the docket and consideration of the Petition for Writ of *Habeas Corpus* (ECF No. 1) and the Report and Recommendation filed by United States Magistrate Judge Sitarski (ECF No. 6), it is hereby **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Sitarski (ECF No. 6) is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* is **DISMISSED WITHOUT PREJUDICE**; and

3. No certificate of appealability will issue because the petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**